UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| RASHAAN INGRAM, | |
|---|---|
| Petitioner, | **TRANSFER ORDER** |
| v. | 21-cv-3672 (LDH) |
| AMY LAMANNA, Superintendent, Five Points Correctional Facility, | |
| Respondent. | |

LaSHANN DeARCY HALL, United States District Judge:

*Pro se* petitioner Rashaan Ingram, currently incarcerated at Five Points Correctional Facility in Romulus New York, brings the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his May 18, 2013 Dutchess County Criminal Court conviction. Because petitioner is challenging a Dutchess County, New York conviction, the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of New York.[1] That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven day delay is waived. The Clerk of the Court is directed to mail a copy of this Order to the Petitioner and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
     July 8, 2021

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge

---

[1] *See* 28 U.S.C. § 112(b) ("The Southern District comprises the counties of Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan, and Westchester and concurrently with the Eastern District, the waters within the Eastern District.")